UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Intrepid Ship Management, Inc., | § | |
| Vessel Management Services, Inc., and | § | |
| Crowley Maritime Corp. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 3:12-cv-00243 |
| | § | c/w 3:12-cv-00359 |
| OCEAN PROSPECTOR, her equipment, | § | FED. R. CIV. P. 9(h) – Admiralty |
| tackle, appurtenances, etc., *in rem*, and | § | |
| Plant Recovery Company, *in personam*, | § | |
| | § | |
| Defendants. | § | |

**MOTION FOR LEAVE TO FILE
THIRD PARTY COMPLAINT AGAINST MALIN**

**NOW COMES** Plaintiffs, Counter-Defendants, and now Third Party Plaintiffs, Intrepid Ship Management, Inc., Vessel Management Services, Inc., and Crowley Maritime Corp. (collectively "Crowley") who move this court for leave to file its Third Party Complaint pursuant to Federal Rule of Civil Procedure 14(c) against Third Party Defendant Malin International Ship Repair & Drydock, Inc. ("Malin").

The granting of this Motion and the addition of Malin as a party to this action will not delay the resolution of this action as no depositions have occurred and the parties have delayed additional discovery until resolution of consolidation issues.  Rather, Malin's presence in this suit as a direct defendant to the claims asserted by Plant Recovery Company, PRC Environmental, Inc., and PROSPECTOR RIG MGT., LLC, as well as a defendant to answer for the damages to Crowley's vessel, will allow for an orderly and efficient resolution of all issues.

Indeed, Malin is an indispensible party whose presence in this action is necessary and appropriate for the adjudication of all claims now at suit.

Undersigned counsel has contacted all counsel of record regarding this position as to this motion.  PRC Environmental, Inc. and PROSPECTOR RIG MGT., LLC are unopposed.  Plant Recovery Company has not responded to movers inquiries as of the filing of this motion.

**WHEREFORE,**  Plaintiffs, Counter-Defendants, and now Third Party Plaintiffs, Intrepid Ship Management, Inc., Vessel Management Services, Inc., and Crowley Maritime Corp pray that their Motion for Leave is granted and that their Third Party Complaint against Malin International Ship Repair & Drydock, Inc. be received and entered into the Court's record.

Respectfully submitted,

LEGGE, FARROW, KIMMITT, MCGRATH & BROWN LLP

/s/ *James T. Brown*
James T. Brown
Texas Bar No. 03138150
Federal ID. No. 11656
5151 San Felipe, Suite 400
Houston, Texas 77056
Phone: (713) 917-0888
Fax: (713) 953-9470
jimbrown@leggefarrow.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS,
COUNTER-DEFENDANTS, AND THIRD
PARTY DEFENDANT INTREPID SHIP
MANAGEMENT, INC., VESSEL
MANAGEMENT SERVICES, INC.,
CROWLEY  MARITIME  CORPORATION &
THE ATB RESOLVE/650-3**

**OF COUNSEL:**
LEGGE, FARROW, KIMMITT, MCGRATH & BROWN LLP
Cameron A. Hatzel
Texas Bar No. 24074373
Federal ID No. 1128943
chatzel@leggefarrow.com
Andrew M. Stakelum
Texas Bar No. 24072362

Federal ID No. 1129113
astakelum@leggefarrow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's ECF/CM system on July 17, 2013.

/s/ *Andrew M. Stakelum*