United States District Court
Southern District of Texas
**ENTERED**
February 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| INTREPID SHIP MANAGEMENT, INC., | § | |
| VESSEL MANAGEMENT SERVICES, INC. | § | |
| and CROWLEY MARITIME CORP. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-12-243 |
| | § | (Consolidated with G-12-cv-359) |
| OCEAN PROSPECTOR, her equipment, | § | |
| tackle, appurtenances, et., *in rem*, and | § | |
| PLANT RECOVERY COMPANY, | § | |
| *in personam* | § | |

## O R D E R

Before the Court is "PRC Environmental, Inc.'s Motion for Leave to Amend"; the motion seeks to add new allegations to PRC's answer to the cross-claim of Malin and its cross-claim against Malin redefining its interest in the rig in an effort to avoid the pending Motions for Summary Judgment challenging its standing. Such an amendment is not permissible. Overseas Inns S.A. P.A. v. United States, 911 F.2d 1146, 1151 (5th Cir. 1990).

It is, therefore, **ORDERED** that the Motion (Instrument no. 149) is **DENIED**.

**DONE** at Galveston, Texas, this \_\_\_\_12th\_\_\_\_ day of February, 2016.

John R. Froeschner
United States Magistrate Judge