IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| INTREPID SHIP MANAGEMENT, INC., | § | |
| VESSEL MANAGEMENT SERVICES, INC. | § | |
| and CROWLEY MARITIME CORP. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-12-243 |
| | § | (Consolidated with G-12-cv-359) |
| OCEAN PROSPECTOR, her equipment, | § | |
| tackle, appurtenances, et., *in rem*, and | § | |
| PLANT RECOVERY COMPANY, | § | |
| *in personam* | § | |

## O R D E R

Before the Court is "Malin International Ship Repair & Drydock, Inc.'s Motion to Strike both PRC Environmental, Inc.'s (Dkt. 196) and Prospector Rig Mgt., LLC's (Dkt. 197) "Consolidated Reply in Support of Objections to Report and Recommendation as to Ownership of the Rig and Standing".

Because Rule 72(b) of the Federal Rules of Civil Procedure does not authorize the filing of a reply brief in support of objections to a pending Report and Recommendation regarding a dispositive motion, Malin's Motion (Instrument no. 198) is **GRANTED**. See Cannon Partners, Ltd. v. Cape Cod Biolab Corp., 225 F.R.D. 247, 250 (N.D. Cal. 2003).

**DONE** at Galveston, Texas, this       12th       day of February, 2016.

John R. Froeschner
United States Magistrate Judge