United States District Court
Southern District of Texas
**ENTERED**
March 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| INTREPID SHIP MANAGEMENT, INC., *et al*, | § § § § | |
| Plaintiffs, VS. | § § § | CIVIL ACTION NO. 3:12-CV-243 |
| PLANT RECOVERY COMPANY, *et al*, | § § § § | |
| Defendants. | § | |

### ORDER AND OPINION ON
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has considered the Report and Recommendation by the United States Magistrate Judge John R. Froeschner (Dkt. 233).

Pending before Judge Froeschner was Malin International Ship Repair & Drydock, Inc.'s Motion for Judgment on the Pleadings as to PRC Environmental's Claims against Malin for Fraud and Fraudulent Inducement. (Dkt. 179). On February 12, 2016, Judge Froeschner filed a Report and Recommendation, recommending that these motions for summary judgment be denied.

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Froeschner's Report and Recommendation (Dkt. 233) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) The motion for judgment on the pleadings filed by Malin (Dkt. 179) is hereby **DENIED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas on March 28 2016.

---
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE