Case 3:12-cv-00243   Document 254   Filed in TXSD on 06/22/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| INTREPID SHIP MANAGEMENT, INC., § <br> VESSEL MANAGEMENT SERVICES, INC. § <br> and CROWLEY MARITIME CORP. § <br>   § <br> V.   § <br>   § <br> OCEAN PROSPECTOR, her equipment, § <br> tackle, appurtenances, et., *in rem*, and § <br> PLANT RECOVERY COMPANY, § <br> *in personam*, et al. § | CIVIL ACTION NO. G-12-243 <br> (Consolidated w/G-12-cv-359) |

# **FINAL JUDGMENT**

Having previously ordered that all the affirmative claims based on allegations of injury to the mobile offshore drilling unit OCEAN PROSPECTOR brought by Plant Recovery Company, PRC Environmental, Inc., and Prospector Rig Management, LLC should be dismissed for lack of standing, the Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason to delay entering a Final Judgment as to those claims only.

It is, therefore, **ORDERED** that Plant Recovery Company's affirmative claims for damages are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that PRC Environmental, Inc.'s affirmative claims for damages are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Prospector Rig Management, LLC's affirmative claims for damages are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that movants Intrepid Ship Management, Inc., Vessel Management Services, Inc., Crowley Maritime Corporation and Malin International Ship Repair & Drydock, Inc., **ARE** prevailing parties for the purpose of Fed. R. Civ. P. 54(d)(1).

The Court **DENIES** all relief not specifically granted in this Final Judgment. This Final Judgment does not affect any of the claims for damages asserted by Intrepid Ship Management, Inc., Vessel Management Services, Inc., Crowley Maritime Corporation and Malin International Ship Repair & Drydock, Inc..

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 22nd day of June, 2016.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE